# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

145541

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LASALLE BANK NATIONAL
ASSOCIATION, as Trustee,
          Plaintiff-Appellee,

v

BEVERLY MURRAY and MATTHEW
MURRAY,
          Defendants-Third-Party
          Plaintiffs-Appellants,

and

FIRST FRANKLIN FINANCIAL
CORPORATION, FIRST FRANKLIN SERVICES
d/b/a HOME LOAN SERVICES, INC.,
          Third-Party Defendants-Appellees.

SC: 145541
COA: 305218
Branch CC: 10-120818-AV

_____/

      On order of the Court, the application for leave to appeal the June 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

p1015